UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

JAIME GOMEZ,                          :

                    Petitioner,       :

            - against -               :          **ORDER**

UNITED STATES OF AMERICA,             :          08 Civ. 171 (DC)

                    Respondent.       :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

      Petitioner Jaime Gomez requested assignment of counsel
in March 2008.  Based on an initial review of his motion to
vacate his sentence pursuant to 28 U.S.C. § 2255 and considering
the factors governing appointment of counsel set forth in Hodge
v. Police Officers, 802 F.2d 58, 61-62 (2d Cir. 1986), the Court
determines that plaintiff's position is unlikely to be of
substance and therefore his request is denied.  See Hendricks v.
Coughlin, 114 F.3d 390, 394 (2d Cir. 1997).

      SO ORDERED.

Dated:    New York, New York
          September 4, 2008

                                        DENNY CHIN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/08