**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                      99 **CR.** 1048-2 (DC)
                                      08 **CIVIL** 171 (DC)
                                      16 **CIVIL** 5584 (DC)

       -against-

                                      **JUDGMENT**

JAIME GOMEZ,
                        Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated June 24, 2021, Gomez has failed to show a basis for relief under 28 U.S.C. § 2255. Accordingly, his petition for relief is denied. Because he has not made a substantial showing of the denial of a constitutional right, the Court has declined to issue a certificate of appealability. See 28 U.S.C. § 2253 (1996) (as amended by the Antiterrorism and Effective Death Penalty Act). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal taken from the order would not be taken in good faith; accordingly, case number 16-CV-5584 is closed.

**DATED:**  New York, New York
             June 25, 2021

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                               **Clerk of Court**
                             **BY:**   _K. Mango_
                                                               _____
                                                               **Deputy Clerk**